AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Luvita Franklin | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 05-CV-26A |
| v. | |
| Jo Anne B. Barnhart, Commissioner of Social Security | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. section 405(g).

Date: July 26th, 2005                                            RODNEY C. EARLY, CLERK

                                                                By:     s/Deborah M. Zeeb
                                                                            Deputy Clerk